UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-14060-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MANUEL PUPO,

    Defendant.

_____/

FILED by _____ D.C.

APR 23 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## REPORT AND RECOMMENDATION PURSUANT TO ORDER OF THE DISTRICT COURT DATED APRIL 21, 2010 [D.E. #469]

**THIS CAUSE** having come on to be heard upon the Order entered by Judge Martinez in respect to this Court's previous Report and Recommendation, and this Court having reviewed the Order as well as once again reviewing the voluminous information attached by Mr. Pleasanton to his CJA voucher, this Court recommends to the District Court as follows:

    1.    This Court previously recommended to the District Court that this matter was not complex or extended. However, the District Court has found the matter to be complex as defined under the statute based upon the extensive discovery combined with the underlying crimes with which the Defendant was charged.

    2.    Pursuant to the remand to the undersigned in respect to the CJA voucher, this Court has conducted another review of the detailed time records for each task performed by Mr. Pleasanton and the amount of time devoted to those tasks. This Court cannot find any task which was performed in either an unreasonable fashion or which was unnecessary. All of the tasks performed as listed in Mr. Pleasanton's time records accurately reflect time spent in preparation of this case and in its final disposition. It would be inappropriate for this Court to deduct any time devoted to this case unless this Court can specifically point to

tasks which this Court believes were either unnecessary or not performed as expeditiously as could have been by another attorney.

3. Based upon the fact that this case has been found to be complex, this Court finds that the amount of attorney's fees in the amount of $24,398.00 are reasonable. These amounts have been checked by the CJA Administrator and found to be accurate as reflected on the face of the CJA voucher. Likewise, the costs in the amount of $1,063.70 are well documented and as previously set forth in this Court's first Report and Recommendation, are fully compensable to Mr. Pleasanton. Therefore, the full sum of $25,461.70 is found by this Court to be a reasonable amount for a case of this nature which is found to be complex.

**ACCORDINGLY**, this Court recommends to the District Court that counsel for the Defendant be awarded the sum of $24,398.00 as reasonable attorney's fees together with costs in the amount of $1,063.70, for a total sum of $25,461.70.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Jose E. Martinez, the United States District Judge assigned to this case.

**DONE AND SUBMITTED** this 23f day of April, 2010, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. Jose E. Martinez
David F. Pleasanton, Esq.
Lucy Lara, CJA Administrator

2